**PRISCILLA L. O'BRIANT**
LEWIS BRISBOIS
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
(702) 693-4388; FAX (702) 893-3789
priscilla.obriant@lewisbrisbois.com

*Attorney for Defendant USAA Savings Bank*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
**SOUTHERN DIVISION**

| | |
|---|---|
| ANDREW MANN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> USAA SAVINGS BANK, <br><br> Defendant. | Case No. 2:20-cv-00241-KJD-BNW <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** <br><br> **FIRST REQUEST** |

The parties, by and through their undersigned counsel of record, agree that Defendant USAA Savings Bank ("USAA SB") shall have an additional seven days of time from March 2, 2020 until and including March 9, 2020, in which to answer or otherwise plead or move in response to the Complaint (Doc. 1) filed in this action by Andrew Mann and Brianna Mann (collectively, "Plaintiffs").

This is the first extension of time requested by counsel for filing Defendant USAA SB's response to Plaintiffs' Complaint.

**Reasons for Extension**

USAA SB requests a brief extension to complete their review of the averments contained in the Complaint and prepare its response. Therefore, the parties have agreed to this extension. This brief extension will not prejudice any party or cause undue delay.

/ / /

/ / /

4823-0488-5174.1

| | |
|---|---|
| Dated this 2nd day of March, 2020. | Dated this 2nd day of March, 2020. |
| */s/ Priscilla L. O'Briant* <br> PRISCILLA L. O'BRIANT, ESQ. <br> Nevada Bar No. 10171 <br> LEWIS BRISBOIS BISGAARD & SMITH <br> 6385 S. Rainbow Blvd., Suite 600 <br> Las Vegas, Nevada 89118 | By: */s/ Mathew Higbree* <br> MATHEW HIGBEE, ESQ. <br> Nevada Bar No. 11158 <br> HIGBEE & ASSOCIATES <br> 8871 W. Flamingo Road <br> Suite 202 <br> Las Vegas NV 89147 |
| *Attorney for Defendant* | *Attorney for Plaintiffs* |

## ORDER

IT IS SO ORDERED that Defendant USAA Savings Bank ("USAA SB") shall have an additional seven days of time from March 2, 2020 until and including March 9, 2020, in which to answer or otherwise plead or move in response to the Complaint (Doc. 1) filed in this action by Andrew Mann and Brianna Mann (collectively, "Plaintiffs").

**IT IS SO ORDERED**

**DATED: March 03, 2020**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

4823-0488-5174.1