# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Andrew Mann, et al., )
         Plaintiffs, )   Case No.  2:20-cv-00241-KJD-BNW
vs. )   **ORDER**
USAA Savings Bank, )
         Defendant. )

In reviewing the docket in this case, it has come to the Court's attention that the parties have not filed a proposed discovery plan and scheduling order.  The parties' proposed discovery plan and scheduling order was due on 4/17/2020. (*See* ECF No. 7.)

IT IS THEREFORE ORDERED that by June 25, 2020, the parties must meet and confer and file a proposed discovery plan and scheduling order.

DATED: June 10, 2020

_____
**Brenda Weksler**
**United States Magistrate Judge**